UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **FRANK U. WETMORE,** )<br>    Plaintiff )<br> )<br>v. )<br> )<br> ) <br>**MACDONALD, PAGE, SCHATZ,** )<br>**FLETCHER & COMPANY, LLC.,** )<br> )<br>    Defendant )<br> ) | Civil No. 06-26-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 11, 2006, his Recommended Decision (Docket No. 9). Plaintiff filed his Objection to the Recommended Decision (Docket No. 10) on May 26, 2006. Defendant filed its Response to Objection (Docket No. 11) on June 14, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    Defendant's Motion to Dismiss (Docket No. 4) is GRANTED.

  /s/ George Z. Singal      
Chief U.S. District Judge

Dated: June 21, 2006