UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK U. WETMORE, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Docket No. 2:06-CV-00026-GZS |
| | ) | |
| MACDONALD PAGE & COMPANY, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PETER S. BLACK

I, Peter S. Black, do hereby declare under penalty of perjury that:

1. I am an attorney at Verrill Dana, LLP and represent Frank U. Wetmore in this matter.

2. I make this declaration of my own personal knowledge. Verrill Dana paid the $2,533.85 court reporter fees for Mr. Gurley's trial deposition. (Ex. A (Duvernay Reporting and Smith Atwood Video Services invoices.).)

3. Neither Stephen Bravo nor Alan MacEwan were witnesses at trial and; therefore, their deposition transcripts were clearly *not* used at trial and Macdonald Page could not have incurred any taxable costs in compelling these witnesses to attend trial.

4. Jeffrey Holden, Sr. and Thomas C. O'Donnell were both witnesses called by Macdonald Page, and my best recollection is that Macdonald Page did not use their deposition transcripts at trial.

    5.   Stanley Feldman and John Gurley were Wetmore's expert witnesses. Macdonald Page incurred no taxable costs in compelling these witnesses to attend trail, as they were called by Mr. Wetmore.

    6.   John Gurley is from Portland, Maine, and he incurred no travel expenses to attend any of his depositions. His discovery deposition lasted one day.

    7.   Dr. Feldman incurred $92.15 in mileage to attend his discovery deposition that lasted only one day.

    I declare under penalty of perjury that the foregoing its true and accurate.

Dated: October 1, 2008                          */s/* Peter S. Black, Esq.
                                                         Peter S. Black, Esq.
                                                         James T. Kilbreth Esq.
                                                         Attorneys for Frank U. Wetmore

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586

**CERTIFICATE OF SERVICE**

      I, Peter S. Black, hereby certify that on October 1, 2008, I electronically filed the above document with the Clerk of Court using the CMIECF system which will send notification of such filing(s) to the following: Laurence H. Leavitt. I hereby certify that there are no non-registered participants in this case.

| | |
|---|---|
| DATED: October 1, 2008 | /s/ Peter S. Black, Esq. |
| | Peter S. Black, Esq. |
| | James T. Kilbreth, Esq. |
| | Attorneys for Plaintiff |

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, Maine 04112-0586